CAUSE NO. 416-82573-2013

STATE OF TEXAS 05-15-01416-CR § IN THE 416ᵀᴴ DISTRICT COURT

'S.

FILED
COURT OF APPEALS

NOV 19 2015

LISA M.
CLERK, 5th DISTRICT

OF

HAROLD QUINNTIN PRATT, JR. § COLLIN COUNTY, TEXAS

## NOTICE OF: PAUPERS OATH FOR APPEAL

HAROLD QUINNTIN PRATT, JR., DEFENDANT IN THE ABOVE STYLED AND NUMBERED CAUSE, BEING DULY SWORN, STATES THAT HE IS INDIGENT AND HAS NO MONEY TO HIRE AN ATTORNEY TO REPRESENT HIM ON AN APPEAL IN THE ABOVE MENTIONED CAUSE; AND THAT HE HAS NO MONEY TO PAY FOR THE COURT REPORTER'S OR CLERKS RECORD FOR APPEAL. WHEREFORE, DEFENDANT PRAYS THAT HE BE PERMITTED TO APPEAL IN FORMA PAUPERS.

RESPECTFULLY SUBMITTED,
HAROLD QUINNTIN PRATT, JR.
DEFENDANT

SWORN TO AND SUBSCRIBED TO BEFORE ME BY THE DEFENDANT, HAROLD QUINNTIN PRATT, JR., ON THIS 29 DAY OF October, 2015.



DELBRA L. MURPHY
Notary Public
STATE OF TEXAS
My Comm. Exp. March 25, 2017

NOTARY PUBLIC

PRO SE: HAROLD QUINNTIN
PRATT, JR.
#384576
COLLIN COUNTY DETENTION FACIL.
4300 COMMUNITY AVE

MALCOLM MIRANDA & ASSOCIATES, P.C.
STATE BAR NO. 24043829
6814 LEBANON ROAD, STE #101
FRISCO, TEXAS 75034
469)408-9961 OFFICE
469)533-0480 FACSIMILE

CAUSE NO. 416-82573-2013

| STATE OF TEXAS | § | IN THE 416TH DISTRICT COURT |
| | § | |
| VS. | § | OF |
| | § | |
| HAROLD QUINNTIN PRATT, JR. | § | COLLIN COUNTY, TEXAS |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☑ is not a plea-bargain case, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]

☑ a plea-bargain case, and the defendant has NO right of appeal. [or]

☑ the defendant has waived the right of appeal.

SIGNED THIS _____ day of _____, 20____.

COURT'S COPY SIGNED BY JUDGE
JUDGE PRESIDING

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

COURT'S COPY SIGNED BY DEFENDANT
Defendant
Harold Quinntin Pratt, Jr.
Address: _____

_____

Fax No. (if any): _____

COURT'S COPY SIGNED BY DEFENSE COUNSEL
Defendant's Attorney
Printed Name: _____
State Bar No.: _____
Address: _____

_____

Telephone No. _____
Fax No. (if any): _____

*"A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case—that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant—a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).



NORTH TEXAS TX PSDC
DALLAS TX 750
13 NOV 2015 PM 5 L

HAROLD QUINNTIN PRATT #395516
COLLIN COUNTY DETENTION FACILITY
4300 COMMUNITY AVE
M°KINNEY, TX 75071

COLLIN COUNTY DETENTION FACILITY

THE 5TH COURTS OF APPEALS:
600 COMMERCE ST. STE #300
DALLAS, TEXAS 75300-4658

75202663150